## John Irvin DUNLAP v. STATE.

No. 26037.

Court of Criminal Appeals of Texas.

Oct. 15, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the theft of property over the value of fifty dollars. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal, appellant has filed a written motion requesting the privilege of withdrawing the same. The request is granted and the appeal is ordered dismissed.

Frank A. Massey, Fort Worth, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for murder with malice; the punishment assessed is confinement in the state penitentiary for a term of fifty years.

The record is before us without a statement of facts and bills of exception, in the absence of which no question is presented for review.

The judgment of the trial court is therefore affirmed.

## James F. ALEXANDER v. STATE.

No. 26101.

Court of Criminal Appeals of Texas.

Oct. 15, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is embezzlement; the punishment, two years confinement in the penitentiary.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.